UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

ALLEN HAMMLER,

    Plaintiff,

v.

DIRECTOR OF CDCR, et. al,

    Defendants.

Case No. 17-cv-0097-NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In an order entered March 2, 2017, the court explained the deficiencies of the complaint and then dismissed the complaint with leave to amend. The twenty-eight days to amend have passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice for the reasons set forth in the prior order.

**IT IS SO ORDERED.**

Dated: April 27, 2017

                                  NANDOR J. VADAS
                                  United States Magistrate Judge